**Patti Vollmer/WAWD/09/USCOURTS**
09/26/2007 04:54 PM

To   Kelly Miller/WAWD/09/USCOURTS@USCOURTS, Eileen Sterba/WAWD/09/USCOURTS@USCOURTS
cc
bcc
Subject   Fw: New case:  Grider vs. City of Lakewood, et al.

History:      This message has been replied to.

Notice of Removal.  This case is assigned C07-5527JKA.  No summons issued.  Rct # TAC 2696.

----- Forwarded by Patti Vollmer/WAWD/09/USCOURTS on 09/26/2007 04:52 PM -----

 **"Barbara Fairleigh" <barb@tierneylaw.com>**
09/26/2007 03:52 PM
Please respond to <barb@tierneylaw.com>

To   <newcases.tacoma@wawd.uscourts.gov>
cc
Subject   New case:  Grider vs. City of Lakewood, et al.


I am attaching a new case for filing with the court as follows:


Thank you.

Barbara Fairleigh
Paralegal
Law Offices of Michael B. Tierney, P.C.
2955 80th Avenue SE, Suite 205
Mercer Island, WA  98040-2975
206-232-3074

  
Case Cover Sheet.pdf   Nts of Removal to Fed Ct.pdf   Cert of Plds Served.pdf