The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM C. GRIDER and KATHY J. GRIDER, husband and wife;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LAKEWOOD AND LAKEWOOD POLICE DEPARTMENT; CHIEF OF POLICE LARRY SAUNDERS AND JANE DOE SAUNDERS, his wife, OFFICER REYNALDO PUNZALAN, OFFICER OSCAR MAYSONET, OFFICER SHAWN NOBLE, SGT. ANDY SURVER; and their spouses;<br><br>Defendants. | NO. C07-5527JKA<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

COMES NOW the Defendants, by their attorneys, Michael B. Tierney and John Stellwagen of Michael B. Tierney, P.C., and Plaintiffs, William C. and Kathy J. Grider by and through their attorney Robert S. Bryan of Shafer Moen & Bryan, P.S., and stipulate as follows:

Stip of Dismissal- 1
C07-5527 JKA

MICHAEL B. TIERNEY, P.C.
2955 80th AVE SE
SUITE 205
MERCER ISLAND, WASHINGTON 98040
TELEPHONE: (206) 232-3074

That a settlement has been reached and Plaintiffs' complaint against the Defendants can be dismissed with prejudice and without cost to any party.

DATED this 14 day of December, 2007.

MICHAEL B. TIERNEY, P.C.

By: /s/ John M. Stellwagen
Michael B. Tierney, WSBA No. 13662
John M. Stellwagen, WSBA No. 27623
Attorneys for Defendants

DATED this ___ day of _____, 2007.

BAUMGARTNER, NELSON & Price PLLC

By:_____
Robert S. Bryan
Attorney for Plaintiffs

Stip of Dismissal- 2

MICHAEL B. TIERNEY, P.C.
2955 80th AVE SE
SUITE 205
MERCER ISLAND, WASHINGTON 98040
TELEPHONE: (206) 232-3074
FACSIMILE: (206) 232-3076

That a settlement has been reached and Plaintiffs' complaint against the Defendants can be dismissed with prejudice and without cost to any party.

DATED this ___ day of _____, 2007.

                                  MICHAEL B. TIERNEY, P.C.

                                  By:_____
                                  Michael B. Tierney, WSBA No. 13662
                                  John M. Stellwagen, WSBA No. 27623
                                  Attorneys for Defendants

DATED this 14th day of December, 2007.

                                  SHAFER, MOEN & BRYAN, P.S.

                                  By:_____
                                  Robert S. Bryan
                                  Attorney for Plaintiffs

Stip of Dismissal- 2
C07-5527 JKA

## ORDER

THIS MATTER having come on regularly before the undersigned Judge this day upon the above Stipulation of the parties by their respective attorneys of record, it is hereby ORDERED that Plaintiffs' complaint against the Defendant is hereby dismissed with prejudice and without costs to any party.

DATED this _____ day of _____, 2007.

_____
The Honorable J. Kelley Arnold

Notice of Presentation Waived:

/s John M. Stellwagen
Michael B. Tierney, WSBA No. 13662
John M. Stellwagen, WSBA No. 27623
Attorneys for Defendants

_____
Robert S. Bryan
Attorneys for Plaintiffs

Stip of Dismissal- 3

MICHAEL B. TIERNEY, P.C.
2955 80th AVE SE
SUITE 205
MERCER ISLAND, WASHINGTON 98040
TELEPHONE: (206) 232-3074
FACSIMILE: (206) 232-3076